# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

LEWIS BLACKSHEAR,

*Defendant.*

CRIMINAL ACTION
NO. 23-159

## ORDER

**AND NOW**, this 14th day of September 2023, upon consideration of Defendant's Motion to Dismiss Count 1 of the Indictment, (ECF 17), and the Government's Response in Opposition to the Defendant's Motion, (ECF 19), the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.